# SCHEDULE A

## SCHEDULE A

### AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

## PUBLIC PURPOSE

The public purpose for which said property is taken is to construct, install, operate, and maintain roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

## SCHEDULE C

LEGAL DESCRIPTION

Starr County, Texas

Tract: RGV-RGC-7008
Owner: SMV Rio Grande City, LLC
Acres: 0.185

**Being** a 0.185 acre tract (8,078 sq ft) parcel of land, more or less, being out of a called 1.778 acres, calculated as 1.775 acres, in Porcion No. 80, in Starr County, Texas conveyed to SMV Rio Grande City, L.P., Volume 1029, Page 583. Said parcel of land more particularly described by metes and bounds as follows;

**Starting** at COE Project control marker SR-02 2019, having the following NAD83 (2011) Grid Coordinates N=16657957.37, E=887199.16; Thence N65°40'26"W a distance of 2341.36 feet to a found 5/8" iron rod designated as RGV-RGC-7001-2-1=7007-1=7008-1, at the Southeast corner of the Samuel F. Vale Tract 1, Volume 1536, Page 237 and on the West line of the SMV Rio Grande City, L.P. tract, Volume 1029, Page 583 and on the North line of the Rio Grande City Independent School District tract, Volume 151, Page 275, for the **Point of Commencement,** and the **Point of Beginning,** having the following coordinates: N=16658921.85, E=885065.68.

**Thence:** N33°21'03"W along the East line of the Samuel F. Vale Tract 1, Volume 1536, Page 237 and the West line of the SMV Rio Grande City, L.P. tract, Volume 1029, Page 583, a distance of 35.51 feet to a found iron pipe designated as RGV-RGC-7007-6=7008-2 for angle;

**Thence:** N10°02'26"E along said property line, a distance of 9.43 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7007-5B=7008-3 for angle;

**Thence:** S46°11'19"E departing said property line, crossing an existing chain linked fence at 0.58 feet, passing through an existing asphalt parking lot, a distance of 233.01 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7008-4 for angle, said point being on the Northern boundary of the parcel herein described;

**Thence:** S78°47'20"E along said Northern boundary, continuing through said parking lot, a distance of 20.95 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7008-5 for angle;

**Thence:** S45°07'16"E along said Northern boundary, continuing through said parking lot, entering the United States of America tract, RGV-RGC-2041, Project No.188-20859-000

## SCHEDULE C (cont.)

at 5.19 feet, a distance of 23.23 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7008-6 for angle;

**Thence:** S25°01'01"E along said Northern boundary, departing said parking lot, crossing an existing chain linked fence at 25.42 feet, a distance of 26.26 feet to a set 5/8" x 36" iron rebar and EMC Inc. 3" aluminum cap stamped RGV-RGC-7007-1-3=7008-7 for angle, said point being on the North line of the Samuel F. Vale Tract 2, Volume 1536, Page 237 and the South line of the SMV Rio Grande City, L.P. tract, Volume 1029, Page 583;

**Thence:** N79°41'51"W departing said Northern boundary, along said property line, to the East edge of an existing 12 foot wide gravel road, a distance of 82.31 feet to found 2" iron pipe designated as RGV-RGC-7001-2-2=7007-1-2=7008-8 for angle, said point being the Southwest corner of the SMV Rio Grande City, L.P. tract, Volume 1029, Page 583 and the Northwest corner of the Samuel F. Vale Tract 2, Volume 1536, Page 237 and on the North line of the Rio Grande City Independent School District tract, Volume 151, Page 275;

**Thence:** N37°41'58"W along the West line of the SMV Rio Grande City, L.P. tract, Volume 1029, Page 583 and the North line of the Rio Grande City Independent School District tract, Volume 151, Page 275, departing said gravel road, a distance of 191.98 feet returning to the **Place of Beginning.**

# SCHEDULE D

**SCHEDULE D**

MAP or PLAT
LAND TO BE CONDEMNED



## SCHEDULE D (cont.)



## SCHEDULE D (cont.)



GENERAL SURVEYOR'S NOTES:
1. THE BEARINGS, DISTANCES AND COORDINATE VALUES SHOWN HEREON ARE BASED ON THE TEXAS STATE PLANE COORDINATE SYSTEM, REFERENCED TO NAD 83(2011), TX SOUTH ZONE(4205), US SURVEY FEET, USING THE CORS(2011) ADJUSTMENT. THE DISTANCES AND COORDINATES SHOWN HEREON ARE GRID VALUES AND MAY BE CONVERTED TO GROUND (SURFACE) USING A SCALE FACTOR OF 0.999951877 (E.G. GRID X 0.999951877 = SURFACE).
2. A SEPARATE METES AND BOUNDS DESCRIPTION OF EQUAL DATE WAS WRITTEN IN CONJUNCTION WITH THIS SURVEY PLAT.
3. THIS SURVEY WAS PERFORMED WITHOUT THE BENEFIT OF A TITLE COMMITMENT. THE SUBJECT PARCEL MAY BE SUBJECT TO RECORDED, UNRECORDED OR MIS-INDEXED INSTRUMENTS OR FACTS WHICH WOULD BE REVEALED BY A THOROUGH TITLE EXAMINATION.
4. THE REMAINING ACREAGE OF THE PARENT TRACT WAS CALCULATED FROM THE RECORDED INSTRUMENTS AND/OR GIS INFORMATION PROVIDED BY THE COUNTY AND IS NOT BASED ON FIELD DIMENSIONS.
5. EMC, INC. HAS PROVIDED THESE SURVEY SERVICES TO THE CORPS OF ENGINEERS AS THE PRIME CONSULTANT. THE CORP'S CONTRACTING OFFICER'S REPRESENTATIVE IS STEPHEN CORLEY, RPLS (817) 886-11453.
6. PORCION LINES ARE DERIVED FROM PUBLIC GIS INFORMATION.
7. TEXAS 811 UTILITY LOCATE REQUEST WAS SUBMITTED FOR THIS SURVEY ON JULY 22, 2019 (TICKET NO. 592020587).

| SHEET NO. 5 OF 6 | METES & BOUNDS SURVEY SMV RIO GRANDE CITY, L.P. TRACT NO. RGV-RGC-7008 STARR COUNTY TEXAS | DRAWN BY: JP 2/20 CHECKED BY: WBG 2/20 SURVEY DATE: 2/20 PLOT DATE: 2/20 SHEET SIZE: ANSI-A | MARK 01 DESCRIPTION REVISIONS DATE 2/26/20 APPR. BORDER WALL TASK ORDER: 003 CONTRACT NO.: W9128F-15-D-0012 |  |  |  |
|---|---|---|---|---|---|---|

EMC, INC. PROJECT NO.: 19036

## SCHEDULE D (cont.)

### PARCEL TABLE

| MONUMENT/LINE/CURVE# | MONUMENT NAME | NORTHING | EASTING | DISTANCE | DIRECTION |
|---|---|---|---|---|---|
| P1 | RGV-RGC-7001-2-1=7007-1=7008-1 | 16658921.85 | 885065.68 | | |
| L1 | | | | 35.51' | N33°21'03"W |
| P2 | RGV-RGC-7007-6=7008-2 | 16658951.51 | 885046.16 | | |
| L2 | | | | 9.43' | N10°02'26"E |
| P3 | RGV-RGC-7007-5B=7008-3 | 16658960.79 | 885047.80 | | |
| L3 | | | | 233.01' | S46°11'19"E |
| P4 | RGV-RGC-7008-4 | 16658799.48 | 885215.95 | | |
| L4 | | | | 20.95' | S78°47'20"E |
| P5 | RGV-RGC-7008-5 | 16658795.41 | 885236.49 | | |
| L5 | | | | 23.23' | S45°07'16"E |
| P6 | RGV-RGC-7008-6 | 16658779.02 | 885252.96 | | |
| L6 | | | | 26.26' | S25°01'01"E |
| P7 | RGV-RGC-7007-1-3=7008-7 | 16658755.22 | 885264.06 | | |
| L7 | | | | 82.31' | N79°41'51"W |
| P8 | RGV-RGC-7001-2-2=7007-1-2=7008-8 | 16658769.94 | 885183.08 | | |
| L8 | | | | 191.98' | N37°41'58"W |

SHEET NO. 6 OF 6

METES & BOUNDS SURVEY
SMV RIO GRANDE CITY, L.P.
TRACT NO. RGV-RGC-7008
STARR COUNTY  TEXAS

DRAWN BY: JP 2/20
CHECKED BY: WBG 2/20
SURVEY DATE: 2/20
PLOT DATE: 2/20
SHEET SIZE: ANSI-A

MARK 01 | DESCRIPTION REVISIONS | DATE 2/26/20 | APPR.

BORDER WALL TASK ORDER: 003
CONTRACT NO.: W9126F-15-D-0012




EMC, INC. PROJECT NO.: 19036

Tract: RGV-RGC-7008
Owner: SMV Rio Grande City, LLC
Acres: 0.185

# SCHEDULE E

## SCHEDULE E

ESTATE TAKEN

Starr County, Texas

Tract: RGV-RGC-7008
Owner: SMV Rio Grande City, LLC
Acres: 0.185

The estate taken is fee simple, subject to existing easements for public roads and highways, public utilities, railroads, and pipelines; and subject to all interests in minerals and appurtenant rights for exploration, development, production and removal of said minerals;

Excepting and excluding all interests in water rights and water distribution and drainage systems, if any, provided that any surface rights arising from such water rights or systems are subordinated to the United States' construction, operation, and maintenance of the border barrier.

# SCHEDULE F

## **SCHEDULE F**

ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the land being taken is TWENTY-SIX THOUSAND, FOUR HUNDRED FORTY-THREE DOLLARS AND NO/100 ($26,443.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
|---|---|
| **SMV Rio Grande City LLC**<br>45 Broadway, Suite 520<br>New York, New York 10006 | Special Warranty Deed,<br>Document # 2005-246797<br>Recorded January 21, 2005<br>Deed Records of Starr County |
| **Deutsche Bank AG**<br>c/o CT Corporation System<br>1999 Bryan Street, Suite 900<br>Dallas, Texas, 75201-3136 | Lienholder<br>Deed of Trust,<br>Document # 2016-331481<br>Recorded October 18, 2016<br>Deed Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167 Suite 201<br>Rio Grande City, Texas 78582 | Tax Authority |