Case 7:21-cv-00013 Document 17 Filed on 04/07/21 in TXSD Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. 7:21-cv-00013 |
| 0.185 ACRES OF LAND, more or less, in § | |
| STARR COUNTY, TEXAS; and SMV RIO § | |
| GRANDE CITY LLC, § | |
| § | |
| Defendants. § | |

## **SCHEDULING ORDER**

The Court now considers the parties' "Joint Discovery/Case Management Plan Under FRCP 26(f)."[1] This is an eminent domain case.[2] No party disagrees with the jurisdictional allegations[3] or the proposed discovery plan.[4] In light of the parties' agreement, the Court enters this scheduling order in lieu of holding an initial pretrial and scheduling conference.[5] The initial pretrial conference previously scheduled for April 13, 2021,[6] is **CANCELLED**. This case-specific scheduling order controls disposition of this action until further order of the Court. The following actions shall be completed by the dates indicated:

| PRETRIAL EVENTS | DEADLINES |
|---|---|
| Deadline to file all documentation adding, substituting, disclaiming, or dismissing interested parties.[7] <br><br> N.B.[8]: If necessary, the United States may | July 7, 2021 |

---

[1] Dkt. No. 16.
[2] *See id.* at 1–2, ¶ 3.
[3] *Id.* at 2, ¶ 5.
[4] *Id.* at 4, ¶ 11.
[5] *See* FED. R. CIV. P. 16(b).
[6] Dkt. No. 9.
[7] *See* FED. R. CIV. P. 71.1(c), (i).

| | |
|---|---|
| also file amended condemnation documents or an amended schedule of interested parties. | |
| Deadline for all parties to designate expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | November 5, 2021 |
| Deadline for all parties to designate rebuttal expert witnesses and provide expert reports in accordance with Federal Rule of Civil Procedure 26(a)(2). | December 6, 2021 |
| Discovery deadline. Counsel may by agreement continue conducting discovery beyond the deadline, but no extension will be granted because of information acquired in post-deadline discovery.[9] | January 5, 2022 |
| Deadline to notify the Court whether the parties (1) consent to the Court deciding the issue of just compensation upon briefs and evidence submitted therewith or (2) request an evidentiary hearing on the issue of just compensation.<br><br>N.B.[10]: Parties may request a jury trial or a special commission[11] or consent to a bench trial. There is no right to jury trial.[12] | January 20, 2022 |
| Deadline to file briefs and submit evidence (or anticipated evidence if an evidentiary hearing is requested) on the issue of just compensation.<br><br>N.B.: The Court will conduct a preliminary screening of the briefs and anticipated evidence submitted to determine whether the | February 4, 2022 |

---

[8] *See N.B.*, BLACK'S LAW DICTIONARY (11th ed. 2019) ("Note well; take notice — used in documents to call attention to something important.").
[9] *See* FED. R. CIV. P. 29(b). The parties have Court approval to stipulate to discovery extensions with the indicated limitation. The parties may not modify deadlines to accomplish Court filings without Court approval. Discovery is generally not filed. *See* LR5.4, LR26.1.
[10] *See N.B.*, BLACK'S LAW DICTIONARY (11th ed. 2019) ("Note well; take notice — used in documents to call attention to something important.").
[11] FED. R. CIV. P. 71.1(h).
[12] *Ga. Power Co. v. 138.30 Acres of Land*, 596 F.2d 644, 647 (5th Cir. 1979), *aff'd sub nom. Ga. Power Co. v. Sanders*, 617 F.2d 1112, 1113 (5th Cir. 1980) (en banc).

| | |
|---|---|
| evidence is sufficient to order a jury trial if one is requested.[13] | |
| Deadline to file all pretrial motions, including any dispositive motions, except motions in limine which shall be filed with the Joint Pretrial Order. | March 7, 2022 |
| Deadline to file joint pretrial order, motions in limine, and proposed jury instructions (or proposed findings of fact & conclusions of law).[14] | May 6, 2022 |
| Final pretrial conference and trial scheduling, unless the parties elected for the Court to decide the issue of just compensation upon the briefs and evidence submitted therewith, in which case the conference is automatically cancelled. | June 20, 2022, at 9:00 a.m. |

This scheduling order supersedes any earlier schedule, is binding on all parties, and shall not be modified except by leave of Court upon showing of good cause.[15] All other deadlines not specifically set out in this scheduling order will be governed by the Federal Rules of Civil Procedure and this Court's Local Rules.

    IT IS SO ORDERED.

    DONE at McAllen, Texas, this 7th day of April 2021.

                                              Micaela Alvarez
                                          United States District Judge

---

[13] *See United States v. 320.0 Acres of Land, More or Less in Monroe Cnty.*, 605 F.2d 762, 819–20 (5th Cir. 1979); *United States v. 33.92356 Acres of Land, More or Less, in Vega Baja*, 585 F.3d 1, 8 (1st Cir. 2009) (citing *320.0 Acres*, 605 F.2d at 815) ("While the jury tries issues of valuation, the trial judge must screen the proffered best and highest uses . . . .").

[14] The Joint Pretrial Order must be in accordance with Appendix B of the Local Rules for the Southern District of Texas and must include the disclosures required by Federal Rule of Civil Procedure 26(a)(3).

[15] *See* FED. R. CIV. P. 16(b)(4); 6A ARTHUR R. MILLER, MARY KAY KANE & A. BENJAMIN SPENCER, FEDERAL PRACTICE AND PROCEDURE § 1522.2 (3d ed. 1998 & Supp. Oct. 2020).