IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | CASE NO.   7:21-CV-00013 |
| 0.185 ACRES OF LAND, MORE OR LESS, SITUATE IN STARR COUNTY, STATE OF TEXAS; AND SMV RIO GRANDE CITY LLC, ET AL., | § § § § § § | |
| *Defendants.* | § § | |

## NOTICE OF SUBSTITUTION OF LEAD COUNSEL FOR THE UNITED STATES

Please take notice that the undersigned Assistant United States Attorney, P. Conner Kirtley, is hereby designated as Lead Counsel in this matter in place of Assistant United States Attorney Manuel Muniz Lorenzi. Manuel Muniz Lorenzi hereby withdraws as counsel and requests that he be terminated as counsel for the United States on the Court's docket. Manuel Muniz Lorenzi further requests that he no longer receive ECF notifications in this case.

Respectfully submitted,

**JENNIFER B. LOWERY**
Acting United States Attorney
Southern District of Texas

By: *s/ P. Conner Kirtley*
**P. CONNER KIRTLEY**
Assistant United States Attorney
Southern District of Texas No. 3563689
Oklahoma Bar No. 32440
11204 McPherson Road 83, Suite 100 A
Laredo, Texas 78045
Telephone: 956-723-6523
Facsimile: (956) 618-8016
E-mail:Philip.Kirtley@usdoj.gov
Attorney in Charge for Plaintiff

And

*s/ Manuel Muniz Lorenzi w/ permission*
**MANUEL MUNIZ LORENZI**
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 992-9435
Facsimile: (956) 618.8016
E-mail: Manuel.Muniz.Lorenzi@usdoj.gov
Attorney in Charge for Plaintiff

**CERTIFICATE OF SERVICE**

I, P. Conner Kirtley, Assistant United States Attorney for the Southern District of Texas, do hereby certify that on April 12-13, 2021, I mailed a true and correct copy of the foregoing document via regular mail to the all parties still remaining in this case.

By: *s/ P. Conner Kirtley*
**P. Conner Kirtley**
Assistant United States Attorney